UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHELDON HILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAGANI WORLDWIDE LLC, et al.,<br><br>　　　　Defendant. | Case No. 19-cv-01848-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 103 |

　　　　The Court has reviewed Judge Donna M. Ryu's Report and Recommendation (Dkt. No. 103) and notes there are no objections to the Report. The Court adopts the Report in every respect. Hilton has been given repeated opportunities to comply with his discovery obligations and still has refused to do so. Accordingly, this case is dismissed with prejudice. Furthermore, Hilton is ordered to pay the defendants, within 90 days of this order, $762 in costs as a sanction for his failure to appear for his March 16 deposition. *See* Report and Recommendation, Dkt. No. 103, at 6–7 (noting that Hilton had been warned that he would be required to pay court reporter costs if he did not appear); *see also* Dkt. Nos. 106, 106-5 (documenting $820 in costs, $58 of which appear to be delivery costs).

　　　　**IT IS SO ORDERED.**

Dated: May 18, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge